UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DURAN, individually, and on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAXIM HEALTHCARE SERVICES, INC., a Maryland corporation; and DOES 1 through 50 inclusive<br><br>Defendants. | Case No. 2:17-cv-01072<br>           2:17-cv-08932<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO CONSOLIDATE** |

GOOD CAUSE APPEARING THEREFOR, the Joint Motion to Consolidate is hereby granted. ACCORDINGLY, IT IS HEREBY ORDERED that:

Plaintiff Fuentes' putative class action against the named Defendant in the Central District of California, Case No. 2:17-cv-08932-PA-AS is hereby consolidated to this Court under the case entitled *Duran v. Maxim Healthcare Services, Inc.*, et al., Case No. 2:17-cv-01072-AB-E.

Dated:  December 28, 2017

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1.